THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DALEY, Appellant.

(Argued May 18, 1931; decided June 9, 1931.)

*Julian V. Carabba* and *Leonard F. Fish* for appellant.

*William F. X. Geoghan, District Attorney (George F. Palmer, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.